1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    MARCIAL PLATA,                          )        1:06-CV-01023-AWI-LJO-P
                                              )
11                                            )        ORDER TO SUBMIT APPLICATION TO
                  Plaintiff,                  )        PROCEED IN FORMA PAUPERIS
12                                            )        **OR** FILING FEE
            vs.                               )
13                                            )
      JEANNE S. WOODFORD, et al.,             )
14                                            )
                                              )
15                Defendants.                 )
      _____     )
16

17          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed

19    in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS

20    HEREBY ORDERED that:

21          1.  The Clerk's Office shall send to plaintiff the form for application to proceed in

22    forma pauperis.

23          2.  Within thirty days of the date of service of this order, plaintiff shall submit a

24    completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee

25                                              1

for this action.   Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     September 14, 2006          _____/s/ Lawrence J. O'Neill_____**
b6edp0                                             UNITED STATES MAGISTRATE JUDGE