UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIAL PLATA,<br><br>            Plaintiff,<br><br>     vs.<br><br>WOODFORD, et al.,<br><br>            Defendants. | 1:06-cv-01023-GSA-PC<br><br>ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR TERMINATING SANCTIONS<br>(Doc. 54.)<br><br>DEADLINE: SEPTEMBER 30, 2011 |

Marcial Plata ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On February 28, 2011, Plaintiff filed a motion for the Court to allow him extended time to respond to all case documents in this action because he is currently residing in Mexico and is concerned about delays in sending and receiving mail. (Doc. 54.) The Court does not ordinarily grant blanket extensions of time. The only court deadline currently pending in this action is for Plaintiff to file a response to Defendants' motion for terminating sanctions, filed on August 11, 2011. (Doc. 56.) Under Local Rule 230(l), Plaintiff's response is due within 21 days after the date of service of the motion. L.R. 230(l). In this instance, the Court finds good cause to grant Plaintiff an extension of time to respond to Defendants' motion. However, in the future, should Plaintiff require an extension of time to meet a particular court deadline, Plaintiff must file a motion for extension of time addressing the particular court deadline and stating the reason he seeks the extension.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is GRANTED an extension of time until September 30, 2011, to file a response to Defendants' motion for terminating sanctions filed on August 11, 2011; and

2. In the future, should Plaintiff require an extension of time to meet a particular court deadline, Plaintiff must file a motion for extension of time addressing the particular court deadline and stating the reason he seeks the extension.

IT IS SO ORDERED.

Dated: **August 12, 2011**              **/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE